Certificate Number: 17572-PAM-DE-029815117

Bankruptcy Case Number: 12-04474



17572-PAM-DE-029815117

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 31, 2017, at 3:34 o'clock PM PDT, MICHAEL W TAVISH completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: August 31, 2017     By: /s/Kristina Milicevic

                                           Name: Kristina Milicevic

                                           Title: Counselor