```
                             United States Bankruptcy Court
                             Middle District of Pennsylvania
In re:                                                                  Case No. 12-04474-JJT
Michael W Tavish
Cheryl A Tavish                                                         Chapter 13
         Debtors
                                 CERTIFICATE OF NOTICE
District/off: 0314-5          User: JGoodling              Page 1 of 2              Date Rcvd: Sep 01, 2017
                              Form ID: 3180W              Total Noticed: 56
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 03, 2017.
```
db/jdb         +Michael W Tavish,   Cheryl A Tavish,   11 Brunswick Drive,   Mount Pocono, PA 18344-1145
aty            +Padma Vaghela,   AIS Data Services,   1212 Corporate Drive,,   Suite 400,,
                 Irving, TX 75038-2505
cr             +Capital One N.A.,   P.O. BOX 105385,   ATL, GA 30348-5385
cr             +Capital One N.A.,   Ascension Capital Group,   P.O. Box 165028,   Irving, TX 75016-5028
cr             +Capital One, N.A.,   PO Box 105385,   Atlanta, GA 30348-5385
4291296        +7933 Preston Rd,   Plano, TX 75024-2302
4153752        +Amori & Riegel, LLC,   513 Sarah Street,   Stroudsburg, PA 18360-2118
4167732        +Bank of America, N.A.,   c/o Prober & Raphael, A Law Corporation,
                 20750 Ventura Blvd., Suite 100,   Woodland Hills, CA 91364-6207
4224332         Bank of America, N.A.,   c/o Prober & Raphael,   Attorney for Secured Creditor,   P.O. Box 4365,
                 Woodland Hills, CA 91365-4365
4222455         Berkheimer Associates,,   agent for Pocono Mtn Boro &Pocono Mtn SD,   David R. Gordon, Esquire,
                 1883 Jory Road,   Pen Argyl, PA  18072
4153758        +Berkheimer Tax Administrator,   PO Box 995,   50 N Seventh Street,   Bangor, PA 18013-1731
4153759       ++COLLECT AMERICA LTD,   4340 S MONACO PKWY,   2ND FL,   DENVER CO 80237-3485
               (address filed with court: Cach LLC,    370 17th St Ste 5000,    Denver, CO 80202)
4770192        +Capital One N.A.,,   Payment Processing,   P.O. Box 105385,   Atl, GA 30348-5385
4218559        +Capital One NA,   1 S Orange St,   Wilmington, DE 19801-5006
4259433        +Capital One NA,   sbm to ING Bank FSB,   PO Box 21887,   Eagan, MN 55121-0887
4153767        +GMAC Mortgage LLC,   Bankruptcy Department,   3451 Hammond Ave,   Waterloo, IA 50702-5345
4153766         Geisinger Health System,   100 North Academy Avenue,   Danville, PA 17822-3941
4153771        +ING Bank FSB,   30 7th Ave S,   MN 56301-4213
4153772        +JC Christensen & Assoc.,   PO Box 519,   Sauk Rapids, MN 56379-0519
4153774        +Key Bank Mastercard,   PO Box 183068,   Columbus, OH 43218-3068
4153775        +Keybank NA,   Attention:  Bankruptcy,   PO Box 94968,   Cleveland, OH 44101-4968
4153777         Monroe County Courthouse,   Attn: Prothonotary,   7th & Monroe Streets,   Stroudsburg, PA 18360
4153778         Monroe County Sheriff’s Office,   7th & Monroe Streets,   Stroudsburg, PA 18360
4153780        +Northland Group, Inc.,   PO Box 390905,   Minneapolis, MN 55439-0905
4153781      ++++OWENS CORNING BASEMENT FINISHING,   2000 LOCUST GAP HWY,   MOUNT CARMEL PA  17851-2563
               (address filed with court: Owens Corning Basement Finishing,    1024 Locust Gap Highway,
                 Mount Carmel, PA 17851)
4153782        +Patrick Thomas Woodman, Esq.,   1400 Koppers Building,   436 Seventh Avenue,
                 Pittsburgh, PA 15219-1826
4222414        +SPECIALIZED LOAN SERVICING,LLC,   8742 LUCENT BLVD,SUITE 300,
                 HIGHLANDS RANCH, COLORADO 80129-2386
4153784         Specialized Loan Servicing, LLC,   PO Box 363005,   Littleton, CO 80163-6005
4153785        +Trauner, Cohen & Thomas,   5901-C Peachtree Dunwoody Rd.,   Suite 500,   Atlanta, GA 30328-7190
4153788        +Wells Fargo Collection Servicing,   1st Floor MACX2505-016,   1 Home Campus,
                 Des Moines, IA 50328-0001
4223127         eCAST Settlement Corporation,   PO Box 28136,   New York , NY 10087-8136
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4153755         EDI: BANKAMER2.COM Sep 01 2017 18:58:00      Bank of America,   PO Box 15102,
                 Wilmington, DE 19886-5102
4153754        +EDI: BANKAMER.COM Sep 01 2017 18:58:00      Bank of America,   Attn: Bankruptcy NC4-105-02-99,
                 Po Box 26012,   Greensboro, NC 27420-6012
4153756         EDI: BANKAMER.COM Sep 01 2017 18:58:00      Bank of America Home Loans,   PO Box 5170,
                 Simi Valley, CA 93062-5170
4153757         EDI: BASSASSOC.COM Sep 01 2017 18:58:00      Bass & Associates,   Suite 200,
                 3936 E Fort Lowell Rd,   Tucson, AZ 85712-1083
4153760         EDI: CAPITALONE.COM Sep 01 2017 18:58:00      Capital 1 Bank,   Attn: C/O TSYS Debt Management,
                 Po Box 5155,   Norcross, GA 30091
4153753         EDI: CITICORP.COM Sep 01 2017 18:58:00      Associates/Citibank,   Attn: Centralized Bankruptcy,
                 Po Box 20507,   Kansas City, MO 64195
4153764         EDI: CITICORP.COM Sep 01 2017 18:58:00      Citibank USA,   Attn.: Centralized  Bankruptcy,
                 Po Box 20507,   Kansas City, MO 64195
4153787         EDI: CITICORP.COM Sep 01 2017 18:58:00      Unvl/CITI,   PO Box 20507,   Kansas City, MO 64195
4153761        +E-mail/Text: cms-bk@cms-collect.com Sep 01 2017 18:56:00      Capital Management Services,
                 726 Exchange St., Suite 700,   Buffalo, NY 14210-1464
4744328        +EDI: AISACG.COM Sep 01 2017 18:58:00      Capital One N.A.,   c/o Ascension Capital Group,
                 P.O. Box 165028,   Irving, TX 75016-5028
4153762        +EDI: CHASE.COM Sep 01 2017 18:58:00      Chase,   800 Brooksedge Blvd,
                 Westerville, OH 43081-2822
4153763        +EDI: CIAC.COM Sep 01 2017 18:58:00      Citi Financial,   Attention:  Bankruptcy Department,
                 Po Box 140069,   Irving, TX 75014-0069
4153765        +EDI: TSYS2.COM Sep 01 2017 18:58:00      FDS Bank/Macys,   TSYS Debt. Mgmt. Inc.,   PO Box 137,
                 Columbus, GA 31902-0137
4153768        +EDI: HFC.COM Sep 01 2017 18:58:00      HSBC,   Attn: Bankruptcy,   Po Box 5213,
                 Carol Stream, IL 60197-5213
4153769        +EDI: HFC.COM Sep 01 2017 18:58:00      HSBC Bank,   Attn: Bankruptcy,   PO Box 5213,
                 Carol Stream, IL 60197-5213
4153770        +EDI: HFC.COM Sep 01 2017 18:58:00      HSBC/Bon Ton,   PO Box 15221,   Wilmington, DE 19850-5221
```

```
District/off: 0314-5          User: JGoodling          Page 2 of 2          Date Rcvd: Sep 01, 2017
                              Form ID: 3180W           Total Noticed: 56
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
4153773        +EDI: RMSC.COM Sep 01 2017 18:58:00      JC Penney,   Attn: Bankruptcy Dept,   PO Box 103106,
                 Roswell, GA 30076-9106
4221939         EDI: RESURGENT.COM Sep 01 2017 18:58:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of Key Bank, NA,   Resurgent Capital Services,   PO Box 10587,
                 Greenville, SC 29603-0587
4153776        +EDI: LEADINGEDGE.COM Sep 01 2017 18:58:00      Leading Edge Recovery Solutions,
                 5440 N. Cumberland Ave.,   Ste. 300,   Chicago, IL 60656-1486
4153779        +E-mail/Text: MKnitter@monroecountypa.gov Sep 01 2017 18:56:07      Monroe County Tax Claim,
                 1 Quaker Plaza,   Stroudsburg, PA 18360-2195
4231391         EDI: PRA.COM Sep 01 2017 18:58:00      Portfolio Recovery Associates, LLC,   POB 12914,
                 Norfolk VA 23541
4153783         E-mail/Text: nod.referrals@fedphe.com Sep 01 2017 18:55:58      Phelan, Hallinan & Schmieg,
                 Attn: Jay B. Jones, Esq.,   1617 JFK Blvd, Ste 1400,   Philadelphia, PA 19103-1814
4170554         EDI: Q3G.COM Sep 01 2017 18:58:00      Quantum3 Group LLC as agent for,
                 Galaxy Asset Purchasing LLC,   PO Box 788,   Kirkland, WA 98083-0788
4153786         EDI: URSI.COM Sep 01 2017 18:58:00      United Recovery Systems,   PO Box 722929,
                 Houston, TX 77272-2929
4153789        +E-mail/Text: BKRMailOps@weltman.com Sep 01 2017 18:56:06      Weltman, Weinberg & Reis,
                 436 Seventh Ave, Suite 1400,   Pittsburgh, PA 15219-1827
                                                                                               TOTAL: 25

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +Bank of America, N.A. c/o Prober & Raphael, A Law,   20750 Ventura Blvd, Suite 100,
                Woodland Hills, CA 91364-6207
cr*           +Capital One N.A.,   Payment Processing,   P.O. Box 105385,   Atl, GA 30348-5385
cr*            eCAST Settlement Corporation,   PO Box 28136,   New York, NY 10087-8136
                                                                                           TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 03, 2017                                Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 1, 2017 at the address(es) listed below:

```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com, dehartstaff@pamd13trustee.com
              Harry B Reese    on behalf of Creditor    Capital One N.A. harry.reese@pkjllc.com,
               chris.amann@pkjllc.com;nick.bracey@pkjllc.com;Samantha.gonzalez@pkallc.com;jill@pkallc.com
              Jason Brett Schwartz     on behalf of Creditor     Capital One N.A. JSchwartz@mesterschwartz.com,
               JOttinger@mesterschwartz.com
              Joshua I Goldman    on behalf of Creditor    Capital One N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kim M Diddio    on behalf of Joint Debtor Cheryl A Tavish kdiddio@diddiolaw.com,
               kdiddio@gmail.com;r52326@notify.bestcase.com
              Kim M Diddio    on behalf of Debtor Michael W Tavish kdiddio@diddiolaw.com,
               kdiddio@gmail.com;r52326@notify.bestcase.com
              Lorraine Gazzara Doyle    on behalf of Creditor    Capital One N.A. LDoyle@udren.com,
               vbarber@udren.com
              Monroe County Tax Claim Bureau    MKnitter@monroecountypa.gov, DPugh@monroecountypa.gov
              Thomas I Puleo    on behalf of Creditor    Capital One N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 10
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Michael W Tavish**<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–6283<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | **Cheryl A Tavish**<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–3209<br>EIN  __–_____ |
| United States Bankruptcy Court   **Middle District of Pennsylvania** | | |
| Case number:   **5:12–bk–04474–JJT** | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Michael W Tavish  
aka Michael William Tavish, aka Michael Tavish

Cheryl A Tavish  
aka Cheryl Ann Tavish, aka Cheryl Tavish

**By the court:** _[signature]_

September 1, 2017

Honorable John J. Thomas  
United States Bankruptcy Judge

By: JGoodling, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**